Jenell A. Van Bindsbergen, SBN 188540
Sloan R. Simmons, SBN 233752
**LOZANO SMITH**
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Tel: 559-431-5600
Fax: 559-261-9366

ATTORNEYS FOR DEFENDANT
City of Clovis, Vince Weibert,
and John Willow

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARSHAWN GOVAN dba MKG TAX CONSULTANTS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CLOVIS, a municipal entity, VINCE WEIBERT, JOHN WILLOW, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:13-cv-00547-LJO-SMS<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br>(E.D. Local Rule 144) |

WHEREAS, Plaintiff Marshawn Govan dba MKG TAX CONSULTANTS ("Plaintiff") filed his Complaint on April 16, 2013 asserting claims against Defendants City of Clovis, a municipal entity, and individuals Vince Weibert and John Willow (collectively "Defendants");

WHEREAS, Plaintiff served Defendant City of Clovis on April 22, 2013;

WHEREAS, Plaintiff has not yet served Defendants Weibert and Willow;

WHEREAS, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Defendant City of Clovis is currently required to file a responsive pleading to Plaintiff's Complaint on May 13, 2013;

WHEREAS, counsel for Plaintiff and Defendants engaged in a conference on May 3, 2013 in an effort to informally resolve claimed deficiencies in the Complaint;

STIP. TO FILE FIRST AMENDED COMPL. & TO
EXTEND TIME TO FILE RESPONSIVE PLEADING

GOVAN v. CITY OF CLOVIS, et al.
Case No. 1:13-cv-00547-LJO-SMS

WHEREAS, Plaintiff agreed to review the deficiencies and file a First Amended Complaint to correct agreed upon deficiencies appearing in the Complaint; and

WHEREAS, Plaintiff and Defendants agreed to extend the time to respond in accordance with U.S. District Court, Eastern District of California, Local Rule 144.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiff and Defendant City of Clovis agree to extend the time in which Defendant City of Clovis needs to respond to Plaintiff's Complaint by 28 days;

2. Defendant City of Clovis will file a responsive pleading on or before June 10, 2013, unless Plaintiff files a First Amended Complaint;

3. If Plaintiff determines a First Amended Complaint is appropriate, they will file such First Amended Complaint on or before May 30, 2013;

4. If Plaintiff files a First Amended Complaint, Defendants will have an additional twenty-one (21) days after service to respond to such First Amended Complaint; and

5. The filing of Plaintiff's First Amended Complaint and responsive pleadings do not alter any deadlines previously set by this Court.

Dated: May 7, 2013

Respectfully submitted,

**LOZANO SMITH**

Jenell A. Van Bindsbergen
ATTORNEYS FOR DEFENDANTS
City of Clovis, Vince Weibert and John Willow

Dated: May 7, 2013

**YARRA, KHARAZI & CLASON**

H. Ty Kharazi
Nicholas E. Aniotzbehere
ATTORNEY FOR PLAINTIFF
Marshawn Govan dba MKG Tax Consultants

J:\wdocs\00615\001\pld\00275338.DOC