1  H. Ty Kharazi: SBN 187894
   YARRA, KHARAZI & CLASON
2  2000 Fresno Street, Suite 300
3  Fresno, CA 93721
   Telephone: (559) 441-1214
4  Facsimile: (559) 441-1215

5  Attorneys for Complainant
6  MARSHAWN K GOVAN

7
## UNITED STATES DISTRICT COURT
8
### EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION
9

| | |
|---|---|
| MARSHAWN GOVAN dba MKG TAX CONSULTANTS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF CLOVIS, a municipal entity And Does 1 through 100, inclusive,<br><br>    Defendants. | **CASE NO.: 1:13-cv-00547-LJO-SMS**<br><br>**SUBSTITUTION OF ATTORNEY AND ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, MARSHAWN GOVAN dba MKG TAX CONSULTANTS, hereby substitutes himself, as a pro se litigant, in place of H. TY KHARAZI, Yarra, Kharazi & Clason as his attorney of record.

Contact information for new counsel is as follows:

| | |
|---|---|
| Name: | **Marshawn Govan dba MKG Tax Consultants, In Pro Per** |
| Address: | **80 W. Bullard Ave. Ste. 202 Clovis, CA 93612** |
| Telephone: | **(559) 299-8290** |

I consent to the above substitution.

Dated: May 16, 2013.                          /s/ Marshawn Govan
                                              _Original signature on File_____
                                              MARSHAWN GOVAN dba MKG TAX
                                              CONSULTANTS, Plaintiff

1  I consent to the above substitution.

2  Dated: May 16, 2013                          **YARRA, KHARAZI & CLASON**

3                                               /s/ H. Ty Kharazi

4                                               _Original Signature on File_
                                                 H. TY KHARAZI (Former Attorney)

6                                               * * * * *

7                                               **ORDER**

9  FOR GOOD CAUSE APPEARING,

10 IT IS ORDERED:

12 IT IS SO ORDERED.

13   Dated:   **May 17, 2013**                  **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE