# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAWN GOVAN dba MKG TAX CONSULTANTS,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF CLOVIS, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:13-cv-00547-LJO-SMS<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR *PRO SE* ACCESS TO ELECTRONIC CASE MANAGEMENT SYSTEM<br><br>(Docs. 10 and 11) |

By letters directed to the Court, Plaintiff Marshawn Govan, doing business as MKG Tax Consultants, has requested permission for access as a *pro se* litigant to this district's electronic case management system (CM/ECF). Local Rule 133(a) presumes that a *pro se* litigant shall file and serve paper documents as permitted by the Local Rules. To file electronically requires a *pro se* litigant to secure the permission of the assigned judge or Magistrate Judge. L.R. 133(b)(2). Securing permission requires submission of a request "as [a] stipulatio[n] as provided by L.R. 143, or, if a stipulation cannot be had, as [a] written motio[n] setting out an explanation of reasons for the exception." L.R. 133(b)(3). Plaintiff's letter request does not comply with the Local Rules' requirement.

Accordingly, Plaintiff's request for permission to file electronically is DENIED, without prejudice to his renewing the request at the initial scheduling conference. Pending further order of this Court, Plaintiff is directed to file all documents in this matter in paper. The Clerk of Court is directed to mail a copy of this order to Plaintiff.

IT IS SO ORDERED.

Dated:     June 6, 2013                         /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE