# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAWN GOVAN dba MKG TAX CONSULTANTS,<br><br>                     Plaintiff,<br><br>      v.<br><br>CITY OF CLOVIS, ET AL.,<br><br>                     Defendants. | CASE NO. 1:13-CV-00547-LJO-SMS<br><br>ORDER STRIKING PLAINTIFF'S MOTIONS TO COMPEL DISCOVERY AS UNTIMELY<br><br>(Docs. 22, 23, and 24) |

    Plaintiff Marshawn Govan moves to compel Defendants to produce responses to interrogatories in the above-entitled action and to disclose the names of their expert witnesses. Defendants have not yet answered the complaint, instead filing a motion to dismiss pursuant to F.R.Civ.P. 12(b)(6), 12(e) and 12(f), calendared for July 30, 2013. No scheduling conference has yet been held, and no time periods for discovery have yet been set. Accordingly, Plaintiff's motions are premature.

    The Court hereby STRIKES Plaintiff's motions to compel discovery, without prejudice to his renewing his motions following resolution of the pending motion to dismiss and issuance of a scheduling order in this matter.

    IT IS SO ORDERED.

Dated: 6/24/2013                              /s/ SANDRA M. SNYDER
                                                                  UNITED STATES MAGISTRATE JUDGE