Sloan R. Simmons, SBN 233752
Jenell Van Bindsbergen, SBN 188540
**LOZANO SMITH**
7404 N. Spalding Avenue
Fresno, CA 93720-3370
Telephone:    (559) 431-5600
Facsimile:     (559) 261-9366
Email:          ssimmons@lozanosmith.com
                    jvanbindsbergen@lozanosmith.com

Attorneys for Defendants
CITY OF CLOVIS, VINCE WEIBER, and JOHN WILLOW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION

| | |
|---|---|
| MARSHAWN GOVAN dba MKG TAX CONSULTANTS,<br><br>            Plaintiff,<br><br>      vs.<br><br>CITY OF CLOVIS, a municipal entity, VINCE WEIBER, and JOHN WILLOW,<br><br>            Defendants. | Case No. 1:13-CV-00547-LJO-SMS<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>Trial:  TBD<br>Date:   September 10, 2013<br>Time:   10:30 a.m.<br>Courtroom: 1<br>Magistrate Judge:  Sandra M. Snyder |

Pursuant to the Request for Continuance of Defendants City of Clovis, Vince Weiber and John Willow, and the grounds for continuance set forth therein,

IT IS HEREBY ORDERED that the Scheduling Conference currently scheduled for September 10, 2013 shall be extended to November 13, 2013, at 9:30 a.m., before Magistrate Judge Sandra M. Snyder, and all related deadlines associated with the Scheduling Conference are correspondingly extended.

Dated: 8/23/2013                              /s/ SANDRA M. SNYDER
                                                        SANDRA M. SNYDER
                                                        U.S. District Court Magistrate Judge
                                                        Eastern District of California